**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| MARY F. KODENKANDETH, | : | No. 76 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DR. DAVID N. WESSEL, DMD, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2019, the "Petition for Judicial Review" and the "Application for Leave to Rebut Respondent's Answer" are DENIED.